**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MARY J. ROSS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:09-CV-1335-M** |
| | ) | |
| **JUDGE JANET LUSK,** | ) | |
| **Defendant.** | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF**
**THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Paul D. Stickney made findings, conclusions and a

recommendation in this case.  No objections were filed although Plaintiff filed a document

saying she wanted to appeal/object but stated no reasons.  The District Court reviewed the

proposed findings, conclusions and recommendation for plain error.  Finding none, the Court

accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 18th day of November, 2009.


_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS